UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:

Florencia L Basco

Debtor

Case No:    6:17-bk-04622-KSJ

Chapter 13

## TRUSTEE'S MOTION TO DISMISS CASE FOR DEBTOR'S FAILURE TO PROVIDE COPIES OF 2017 INCOME TAX RETURN(S)

**Notice of Opportunity to Object and Request for Hearing**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court, United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington St., Suite 5100, Orlando, Florida 32801 and serve a copy on the Chapter 13 Trustee, Laurie K Weatherford, PO Box 3450, Winter Park, FL 32790-3450 and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and files this Motion to Dismiss for Failure to Provide Copies of the Debtor's Income Tax Return(s), and as grounds states as follows:

1. That the Voluntary Petition in this case was filed on July 12, 2017.

2. That the Order Confirming Plan provides that the Debtor is required to furnish the Chapter 13 Trustee with copies of all income tax returns and turn refunds over to the Trustee.

3. That the Debtor has failed to provide the trustee with a copy of their 2017 income tax return(s).

WHEREFORE, the Trustee moves this Court to dismiss this case.

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by the United States mail or by electronic transmission to the parties listed below on the 12th day of June, 2018.

**Debtor** - Florencia L Basco, 1936 Sweet Birch Lane, Orlando, FL  32828
**Debtor's Attorney -** James T Harper Jr, Harper Ogden, 260 N Tropical Trail # 105, Merritt Island, FL  32953

/S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL   32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com